OPINION — AG — (1) THE SYSTEM OF BENEFITS INCREASES IN 70 O.S. 1980, 17-116.1 [70-17-116.1] DOES NOT VIOLATE THE EQUALITY AND UNIFORMITY REQUIREMENT OF ARTICLE V, SECTION 62 (2) THE BENEFITS INCREASES GRANTED IN 70 O.S. 1980 Supp., 17-116.1 [70-17-116.1] TO PRESENT RETIREES DOES NOT VIOLATE THE PROVISIONS OF ARTICLE V, SECTION 47, ARTICLE V, SECTION 51, ARTICLE X, SECTION 15 (ANNUITY, RETIREMENT, TEACHERS' RETIREMENT, SCHOOLS AND SCHOOL TEACHERS) CITE: OPINION NO. 63-196, OPINION NO. 72-146, OPINION NO. 79-035, OPINION NO. 80-010, ARTICLE V, SECTION 62, 70 O.S. 1980 Supp., 17-118.2 [70-17-118.2] (GIFTS OR PRIVILEGE) (JOHN F. PERCIVAL)== SEE OPINION NO. 88-607 (1988) ==